## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

DUSTY BOWMAN,

        **Plaintiff,**

v.                                                    Case No.  1:18cv60-MW/GRJ

SECRETARY, Department
of Corrections,

        **Defendant.**
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 4, and has also reviewed *de novo* Plaintiff's document appealing the decision of the Magistrate Judge—construed by this Court as objections to the report and recommendation, ECF No. 5.   Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to comply with a Court order and for failure to prosecute."  The Clerk shall close the file.

**SO ORDERED on July 3, 2018.**

        **s/ MARK E. WALKER**
        **United States District Judge**